

# NUMBER 13-18-00296-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE COLONEL CLIFTON HOSKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF HAZEL HOSKINS

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

Relator Colonel Clifton Hoskins, individually and as independent executor of the estate of Hazel Hoskins, filed a petition for writ of mandamus and motion for temporary relief in the above cause on June 12, 2018. Through this original proceeding, relator seeks to compel the trial court to vacate its April 5, 2018 order denying relator's amended motion for partial summary judgment and to grant the motion, or alternatively, to compel the trial court to vacate its May 10, 2018 order denying permission to appeal the summary judgment order and to grant permission to appeal. Through his motion for temporary

relief, relator seeks to stay the trial court proceedings pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that the motion should be granted. We grant the motion for temporary relief and order all trial court proceeding to be stayed pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests that the real party in interest, Marcus P. Rogers, receiver for the Marital Deduction Trust and the Residuary Trust created under the Last Will and Testament of Lee Roy "Cowboy" Hoskins Sr., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
13th day of June, 2018.